FRANCIS A. FOGG, Respondent, *v.* CLINTON B. FISK, Appellant.

(Argued October 2, 1883 ; decided October 9, 1883.)

*Rufus W. Peckham* for appellant.

*Samuel Hand* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.